**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Gloria Franklin     1300 Clay St. #300
Clerk of the Court     Oakland CA 94612

Richard W. Wieking
Clerk of the District Court
P.O. Box 36060
San Francisco, CA 94102

**FILED**

DEC 3 0 2009

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Re:    Case Name: A.F. Evans Company, Inc.
       Case Number: 09-41727 EDJ
       Bankruptcy Judge Name: Judge Edward D. Jellen
       District Court Case Number: CV 09-43817 MMC

Dear Mr. Wieking:

[ ]    Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket and order being appealed for assignment to a District Court judge.

[ ]    Enclosed please find the Notice of Appeal, certified copy of the docket and order being appeal and related papers from BAP and designated items to form the record on appeal for assignment to a District Court judge.

[ x ]   Enclosed please find the record of designated items and a Certificate of Record for an appeal that has been previously sent to the District Court.

[ ]    Enclosed please find a Bankruptcy Judge's recommendation that Appeal be Dismissed, the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Gloria Franklin, Clerk
United States Bankruptcy Court

12/30/2009        By: _____
                              Deputy Clerk

**FILED**
DEC 3 0 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:  
A. F. Evans Company, Inc.

Bankruptcy No:09-41727 EDJ

_____/

DC No:CV-09-3817 MMC

CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed and copies provided with this certificate. The status of the transcripts are as follows:

[ x ]   All transcript(s) requested by either the Appellant or Appellee have been filed with this Court.

[ ]   No transcripts were requested by either Appellant or Appellee.

Date:12/30/2009

GLORIA FRANKLIN, Clerk
United States Bankruptcy Court

By: _____
Phyllis L. Wright, Deputy Clerk
1300 Clay St. #300
Oakland CA 94612
(510) 895-3594

297