1  FRANK T. PEPLER (SBN 100070)
   PEPLER MASTROMONACO LLP
2  100 First Street, 25th Floor
   San Francisco, CA 94105
3  Telephone:    (415) 978-9860
   Facsimile:    (415) 978-9862
4
   Attorneys for Creditor
5  CITY NATIONAL BANK, N.A.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  In re:                              Casc No. 09-41727-EDJ

13                                      Chapter 11

14  A.F. EVANS COMPANY, INC.,           **APPELLEE'S COUNTER-DESIGNATION
                 Debtor.                OF ITEMS TO BE INCLUDED IN THE
15                                      RECORD ON APPEAL AND STATEMENT
                                        OF ISSUES TO BE PRESENTED**
16

17

18      This Appellee's Counter-Designation of Items to be Included in the Record on Appeal

19  and Statement of Issues to be Presented arises out of the appeal by the Official Committee of

20  Unsecured Creditors ("Committee") in the Chapter 11 case of A.F. Evans Company, Inc.

21  ("AFE") of an order issued in favor of City National Bank, N.A. ("CNB") on CNB's motion to

22  compel disbursement of sales proceeds of AFE property subject to CNB's pre and post-petition

23  security interests. Appellee CNB was the pre-petition secured lender to AFE and held security

24  interest in all personal property assets of AFE perfected by the filing of a UCC1 Financing

25  Statement on August 9, 2004 as document 04-1000359638 (the "CNB Original Filing"). This

26  Counter-Designation is made pursuant to Rule 8006 of the Federal Rules of Bankruptcy

27  Procedure, and CNB hereby designates the following items for the record on appeal and submits

28  its statement of the issues to be presented in connection with the Committee's Notice of Appeal

---

1

1   Order – Motion Requiring Debtor to Remit Sales Proceeds, Entered on July 9, 2009 [Docket No.
2   202], filed on July 16, 2009.

### DESIGNATION OF RECORD

1.   Stipulation Regarding Cash Collateral and Adequate Protection [Docket No. 14], filed on March 9, 2009.

2.   Amendment to Stipulation Regarding Cash Collateral and Adequate Protection [Docket No. 26], filed on March 10, 2009.

3.   Order Approving Stipulation Regarding Cash Collateral and Adequate Protection on an Interim Basis [Docket No. 73], filed March 27, 2009.

4.   Second Amendment to Stipulation Regarding Cash Collateral and Adequate Protection [Docket No. 105], filed April 16, 2009.

5.   Order Approving Debtor's Continued Use of Cash Collateral Pursuant to Revised Second Amendment to Stipulation Regarding Cash Collateral and Adequate Protection [Docket No. 117], filed April 28, 2009

### STATEMENT OF ISSUES

1.   Did the Bankruptcy Court properly hold that the CNB Original Filing did not become "seriously misleading" under California Uniform Commercial Code section 9506(a) when, on January 28, 2009, UCC3 amendment document 0971859849, was filed to release CNB's security interest in Westgate Housing, L.P., and UCC3 amendment document number 0971859885, was filed to release CNB's security interest in Greenery Housing Associates, LTD, when in those UCC3 amendments both the "Delete Collateral" box 8 was checked and a specific description of the Westgate and Greenery partnership interests was given, and the "Termination" box 2 was also manually checked before the UCC3 amendments were filed.

2.   Did the Bankruptcy Court properly hold, pursuant to California Uniform Commercial Code Section 9510(a), that the UCC3 amendments filed on January 28, 2009 as records no. 0971859849 and 0971859885 were effective only to the extent required to release the "Greenery" and "Westgate" partnership interests described therein from the scope of CNB's Original Filing.

2

1    3.    Did the Bankruptcy Court properly hold, pursuant to California Uniform

2  Commercial Code Section 9510(a), that the scope of authority that CNB gave to amend the CNB

3  Original Filing was limited to the release therefrom of the CNB's interest in AFE's interest in the

4  "Westgate" and "Greenery" partnerships.

5

6  Dated: August 5, 2009                     PEPLER MASTROMONACO LLP

7

8                                            By:    _____/S/_____
                                                   Frank T. Pepler (CA Bar No. 100070)
9                                                  Attorneys for City National Bank, N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3