1  ERIC A. NYBERG, ESQ. (Bar No. 131105)
   CHARLES N. BENDES, ESQ. (Bar No. 70126)
2  CHRIS D. KUHNER, ESQ. (Bar No. 173291)
   KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
3  1999 Harrison Street, Suite 2675
   Oakland, California 94612
4  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
5
   Attorneys for A.F. Evans Company, Inc., Debtor
6

7

8              UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | In re                          | Case No. 09-41727 EDJ
11 | A.F. EVANS COMPANY, INC.,      | Chapter 11
12 |                       Debtor.  | AMENDMENT TO
13 |                                | STIPULATION REGARDING
   |                                | CASH COLLATERAL
14 |                                | AND ADEQUATE PROTECTION

17        This Amendment to Stipulation Regarding Cash Collateral and Adequate Protection (this

18 "Amendment") is dated as of March 9, 2009, and is entered into by and between the debtor in the

19 above-captioned Chapter 11 case, A. F. Evans Company, Inc., a California corporation

20 (the "Debtor"), and City National Bank, a national banking association ("CNB").

21                                    RECITALS

22        A.      The Debtor and CNB have entered into a Stipulation Regarding Cash Collateral

23 and Adequate Protection dated as of March 6, 2009 (the "Stipulation").

24        B.      During the process of the Debtor's making its application to the Court for authority

25 to pay certain payroll obligations related to employees outside of its corporate office and working

26 on site at the debtor's partnership affiliates ("Site Employees"), CNB and the Debtor became

27 aware that the budget attached as Exhibit A to the Stipulation was incomplete, in that it did not

28 reflect that the payment of such Site Employees is made by the Debtor, and that the funds required

to pay such Site Employees at the partnership level flow through the Debtor.

C. To address the foregoing, CNB and the Debtor desire to amend the Stipulation and to revise the budget, as set forth below.

**WHEREFORE,** the parties hereby amend the Stipulation as follows:

## AGREEMENT

1. <u>Amendment and Restatement of Budget</u>. The budget attached to the Stipulation is hereby amended and restated by the revised budget attached hereto as Exhibit A, and all references in the Stipulation to the "Budget" shall refer to the attached revised budget.

2. <u>Amendment to Section 2 (Consent to Use Cash Collateral)</u>. Section 2(a) of the Stipulation is amended to add the following at the conclusion thereof:

> "Notwithstanding the foregoing, amounts paid by the Debtor for any portion of the "Estimated Site Related Payroll Disbursements" category reflected on the Budget shall be funded solely by, and shall not at any time individually or in the aggregate exceed, the Debtor's "Estimated Site Payroll Receipts" held by the Debtor, as reflected by the Budget."

3. <u>Amendment to Section 7(b) (Segregation of CNB Cash Collateral)</u>. Section 7(b) of the Stipulation is amended to add the following at the conclusion thereof:

> "The Debtor shall segregate "Estimated Site Payroll Receipts" into a separate payroll account, to be used solely for the purposes of receiving "Estimated Site Payroll Receipts" and disbursing the same in payment of "Estimated Site Related Payroll Disbursements" amounts as contemplated in Section 2(a) above ("Site Payroll Account"). The Debtor shall take all steps as may be necessary to ensure that each applicable affiliate partnership: (i) remits to the Debtor the appropriate amounts for wages, withholding and other payroll and wage-related expenses associated with the services of each Site Employee to the extent applicable to such affiliate partnership, but not for Site Employee service applicable to the Debtor or to any other affiliate partnership, and (ii) remits such amounts to the Debtor in

Amendment to Cash Coll Stip (00467359) (6).DOC  -2-  C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC

Case: 09-41727 Doc# 26 Filed: 03/10/09 Entered: 03/10/09 17:42:15 Page 2 of 6

{1664|0009|00467359.DOC; V1}

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

a timely manner so as to permit the Debtor's timely payment of such Site Related Payroll Disbursements.  Subject to the requirement of Section 2 above that amounts paid by the Debtor for any portion of the "Estimated Site Related Payroll Disbursements" category reflected on the Budget must be funded solely by, and shall not exceed, the Debtor's "Estimated Site Payroll Receipts" held by the Debtor, the Debtor may sweep funds from the Site Payroll Account into its general payroll account for the limited purpose of paying Site Related Payroll Disbursements from the general payroll account, but only as and when necessary to permit timely payment of such amounts from the payroll account.  The Debtor shall provide to CNB, upon its request from time to time, such evidence as may be appropriate to demonstrate that the requirements of this Section 7(b) have been satisfied."

4.  **No Other Modifications.**  Except as expressly set forth in this Amendment, all terms and provisions of the Stipulation remain unchanged, and the Stipulation, as amended by thie Amendment, is hereby confirmed and ratified.

5.  **Signatures.**  This Amendment may be executed in counterparts.  Facsimile signatures are acceptable. The attorney for any party may sign on behalf of that party.  Each attorney signing for its client represents it has authority to bind its client to this Stipulation and each party shall be deemed to have authorized its attorney to sign on its behalf.

[signature page follows]

Amendment to Cash Coll Stip (00467359) (6).DOC   -3-   C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC

Case 09-41727   Doc# 26   Filed: 03/10/09   Entered: 03/10/09 17:42:15   Page 3 of 6
{1664 | 0009 | 00467359.DOC; V1}

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 9, 2009 | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
| 3 | | |
| 4 | | By: Eric A. Nyberg /s/ |
| 5 | | (Bar No. 131105)<br>Attorneys for Debtor |
| 6 | | |
| 7 | Dated: March 9, 2009 | Pepler Mastromonaco LLP |
| 8 | | |
| 9 | | By: T. Scott Bucey /s/ |
| 10 | | (Bar No. 202657)<br>Attorneys for City National Bank |

[signatures continue on following page]

Amendment to Cash Coll Stip (00467359) (6).DOC     -4-     C:\Documents and Settings\eric\Local Settings\Temporary Internet Files\OLK316\Amendment to Cash Coll Stip (00467359) (6).DOC

Case: 09-41727    Doc# 26    Filed: 03/10/09    Entered: 03/10/09 17:42:15    Page 4 of 6
(1664 | 0009 | 00467359.DOC; V1)

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 9, 2009 | A.F. Evans Company, Inc. |
| 3 | | By: _____ |
| 4 | | Name: RICHARD A. BELL |
| | | Title: EXECUTIVE VICE PRESIDENT |
| 5 | | |
| 6 | Dated: March 9, 2009 | City National Bank |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Name: _____ |
| | | Title: _____ |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359) (2) DOC          -5-          C:\Documents and Settings\rbell\Local Settings\Temporary Internet Files\OLK74\Amendment to Cash Coll Stip (00467359) (2) DOC

Case: 09-41727    Doc# 26    Filed: 03/10/09    Entered: 03/10/09 17:42:15    Page 5 of 6

```
 1
 2   Dated: March 9, 2009                    A.F. Evans Company, Inc.
 3
                                             By:_____
 4                                              Name: _____
                                                Title: _____
 5
 6
     Dated: March 9, 2009                    City National Bank
 7
 8
                                             By: _Jerry M. Dermott_____
 9                                              Name: _Jerry McDermott_
                                                Title: _VP_
10
```

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Amendment to Cash Coll Stip (00467359).DOC    -5-    C:\Documents and Settings\jmcdermo\Local Settings\Temporary Internet Files\OLK63\Amendment to Cash Coll Stip (00467359).DOC