Entered on Docket
March 31, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 27, 2009

EDWARD D. JELLEN
U.S. Bankruptcy Judge

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHARLES N. BENDES, ESQ.
(Bar No. 70126)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
KORNFIELD, NYBERG, BENDES
& KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for John T. Kendall

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-41727 EDJ |
|---|---|
| A.F. EVANS COMPANY, INC., | Chapter 11 |
| Debtor. | ORDER APPROVING STIPULATION REGARDING CASH COLLATERL AND ADEQUATE PROTECTION ON AN INTERIM BASIS |

Date: March 12, 2009
Time: 2:30 pm
Ctrm: 215

This matter came before the Court on Notice of Motion or Approval Of Cash Collateral Stipulation And Granting A Replacement Lien And Other Adequate Protection ("Motion"). The Court having reviewed the Motion and having found that good and sufficient notice of the Motion and opportunity to be heard thereon has been given, opposition to the Motion having been considered and good cause appearing;

**IT IS HEREBY ORDERED** as follows:

1. The Court finds that the Debtor's use of cash collateral pending a final hearing on the Stipulation is necessary to avoid immediate and irreparable harm to the Debtor's estate and is appropriate under Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, and the Motion is

1 hereby GRANTED on an interim basis only subject to further hearing as set forth below, and
2 subject to the terms and conditions in the Stipulation Regarding Cash Collateral and Adequate
3 Protection that is the subject of the Motion, as amended by the Amendment To Stipulation
4 Regarding Cash Collateral And Adequate Protection (as amended, the "Stipulation").

5     2. On an interim basis, pursuant to the provisions of §§ 361, 363(c), and 363(e)
6 of Title 11 of the United States Code ("Bankruptcy Code"), §11 U.S.C. § 101, et seq, and
7 subject to each of the limitations set forth below in the Stipulation, the Debtor is hereby
8 authorized to use and disburse "cash collateral" as that term is defined in Bankruptcy Code
9 § 363(a) pursuant to the terms of the Stipulation and the budget attached as Exhibit "A" to
10 the Stipulation ("Budget") to the limited extent permitted by the terms of the Stipulation,
11 through and including April 2, 2009.

12     3. City National Bank shall be entitled to all of the protections set forth in the
13 Stipulation (except as provided in Paragraph 8 below), including, without limitation, the
14 replacement liens, adequate protection payments and administrative expense priority set forth
15 therein at the times and subject to the limitations stated in the Stipulation and the Budget.

16     4. This order approving the Stipulation on an interim basis shall be without prejudice
17 to the rights of any party in interest seeking further orders of this Court regarding the Stipulation.

18     5. A continued hearing on approval of the Stipulation shall be held on April 2, 2009 at
19 2:30 pm in Courtroom 215 of the United States Bankruptcy Court located at 1300 Clay Street,
20 Oakland California.

21     6. This interim order shall not prohibit CP III Evans, LLC from pursuing any rights it
22 may have under any security interest in or assignment of any property that is not property of this
23 bankruptcy estate, and this order does not alter or modify any contractual rights and duties
24 between non-debtor parties or between the Debtor and non-debtor parties, except as set forth in the
25 Stipulation and this order.

26     7. To the extent that the Debtor consumes any cash collateral in which the Court
27 determines CP III Evans, LLC has a perfected first priority lien, and to the extent such use results
28 in the diminution of the value of CP III Evans, LLC's interest in such cash collateral, CP III

1  Evans, LLC is granted a replacement lien in an amount equal to such diminution, which lien shall
2  attach to the personal property of the Debtor, whether now owned or existing or hereafter
3  acquired, created or arising, and all products and proceeds thereof, of the same type and character,
4  as the Debtor's property from which such cash collateral was generated (but not including any
5  rights of the Debtor to avoidance actions under Chapter 5 of the Bankruptcy Code); provided that
6  nothing in this order shall operate as a waiver of or modification of any parties rights which are
7  expressly reserved, except as set forth in the Stipulation and this order.

8. This interim order does not approve the provision of Paragraph 25 of the Stipulation and does not constitute a final order for the purposes of Paragraph 23 of the Stipulation, and the Court reserves for further hearing the extent to which the Court may approve the Paragraph 25 and the extent to which any subsequent order may constitute a final order for purposes of Paragraph 23. For so long as any subsequent Interim Order at all times remains in effect approving the Stipulation on the terms contained in this Order, no Event of Default shall arise under Paragraph 9(i) of the Stipulation if a Final Order, as defined therein, is not entered within 30 days of Petition Date.

Approved As To Form:

_/s/ Frank T. Pepler_____
Frank T. Pepler
Attorneys for City National Bank


___/s/ Lynette C. Kelly_____
Lynette C. Kelly
United States Department of Justice
Office of the United States Trustee - Oakland
Attorneys for the Acting United States Trustee



___/s/ Robert Kaplan_____
Robert Kaplan
Attorneys for Union Bank

1  ___/s/ Alan Feld_____
   Alan Feld
2  Attorneys for CP III Evans, LLC
3
4
5                              ***END OF ORDER**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | U.S. Trustee |
| 3 | 1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5202 |
| 4 | Eric A. Nyberg |
| 5 | Kornfield, Nyberg, Bendes & Kuhner, P.C.<br>1999 Harrison Street, Suite 2675 |
| 6 | Oakland, CA 94612 |
| 7 | Richard A. Bell, Executive Vice President |
| 8 | A.F. Evans Company, Inc.<br>1000 Broadway, Suite 300 |
| 9 | Oakland, CA 94607 |
| 10 | Frank T. Pepler |
| 11 | PeplerMastromonaco LLP<br>100 First Street, 25th Floor |
| 12 | San Francisco, CA 94105 |
| 13 | Robert Kaplan<br>2 Embarcadero Center, 5th Fl. |
| 14 | San Francisco, CA 94111 |
| 15 | Alan M. Feld |
| 16 | Manatt, Phelps & Phillips LLP<br>11355 West Olympic Blvd. |
| 17 | Los Angeles, CA 90064 |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: vbadea | Date Created: 3/31/2009 |
| Case: 09−41727 | Form ID: pdfeoc | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
aty    Eric A. Nyberg    e.nyberg@kornfieldlaw.com
aty    Frank T. Pepler    fpepler@peplermastromonaco.com
aty    Robert B. Kaplan    rbk@jmbm.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Alan M. Feld    Manatt, Phelps and Phillips    11355 W Olympic Blvd.    Los Angeles, CA 90064−1614
9805137    Rich Bell    1000 Broadway    Oakland, CA 94607

TOTAL: 2