Entered on Docket
April 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 28, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1  ERIC A. NYBERG, ESQ.
   (Bar No. 131105)
2  CHARLES N. BENDES, ESQ.
   (Bar No. 70126)
3  CHRIS D. KUHNER, ESQ.
   (Bar No. 173291)
4  KORNFIELD, NYBERG,
   BENDES & KUHNER, P.C.
5  1999 Harrison Street, Suite 2675
   Oakland, California 94612
6  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
7
   Attorneys for A.F. Evans Company, Inc., Debtor
8

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

A.F. EVANS COMPANY, INC.,

Debtor.

Case No. 09-41727 EDJ

Chapter 11

ORDER APPROVING
DEBTOR'S CONTINUED USE
OF CASH COLLATERAL
PURSUANT TO REVISED
SECOND AMENDMENT TO
STIPULATION REGARDING
CASH COLLATERAL AND
ADEQUATE PROTECTION

Date: April 16, 2009
Time: 2:30 pm
Ctrm: 215

This matter came on for a further continued hearing on April 16, 2009, on the Motion for Approval of Cash Collateral Stipulation Granting Replacement Lien and Other Adequate Protection ("Motion") filed by A.F. Evans Company, Inc. ("Debtor"). The Debtor filed prior to the hearing a Second Amendment to Stipulation Regarding Cash Collateral and Adequate Protection (the "Second Amendment") between the Debtor and City National Bank ("City National Bank"), and at the hearing counsel for the Debtor, City National Bank and other interested parties announced that the Second Amendment would be revised to address input from

1  interested parties. No party opposed the relief sought by the Motion on the terms of what the
2  parties described would be a revised Second Amendment. The Debtor and City National Bank
3  have since entered into, and the Debtor has filed, a Revised Second Amendment to Stipulation
4  Regarding Cash Collateral and Adequate Protection (the "Revised Second Amendment") to
5  incorporate the comments and revisions relayed to the Court. The cash collateral stipulation
6  between the Debtor and City National Bank, as has been previously amended by a First
7  Amendment, and as further amended by the Revised Second Amendment, including the amended
8  budget, is referred to herein as the "Stipulation." The Court having reviewed the Motion and the
9  Stipulation, including the Revised Second Amendment, and good cause appearing,
10 **IT IS HEREBY ORDERED** as follows:
11  1.  The Debtor is authorized on a further interim basis, pursuant to the provisions of
12  §§ 361, 363(c), and 363(e) of Title 11 of the United States Code ("Bankruptcy Code"), 11 U.S.C.
13  § 101, *et seq*, to continue to use Cash Collateral (as defined in the Motion) for the limited duration
14  of the Term (as defined in the Revised Second Amendment) in accordance with the budget
15  attached as Exhibit A to the Revised Second Amendment ("Budget"), to the limited extent
16  permitted by the terms of the Stipulation. The Debtor shall be precluded from any use of Cash
17  Collateral beyond the Term, except as may be permitted by subsequent Order of the Court after
18  appropriate notice and opportunity for hearing. No further hearing on the Motion has been
19  requested or scheduled at this time.
20  2.  City National Bank shall be entitled to all of the protections set forth in the
21  Stipulation, including, without limitation, the replacement liens, adequate protection payments and
22  administrative expense priority set forth therein at the times and subject to the limitations stated in
23  the Stipulation and the Budget.
24  3.  This order shall not prohibit CP III Evans, LLC ("CP III Evans") from pursuing
25  any rights it may have under any security interest in any property that is not property of this
26  bankruptcy estate, and this order does alter or modify any contractual rights and duties between
27  non-debtor parties.
28  4.  To the extent that the Debtor consumes any cash collateral in which the Court

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1   determines CP III Evans has a perfected first priority lien, and to the extent such use results in the
2   diminution of the value of CP III Evans' interest in such cash collateral, CP III Evans is granted a
3   replacement lien in an amount equal to such diminution, which lien shall attach to the personal
4   property of the Debtor, whether now owned or existing or hereafter acquired, created or arising,
5   and all products and proceeds thereof, of the same type and character, as the Debtor's property
6   from which such cash collateral was generated (but not including any rights of the Debtor to
7   avoidance actions under Chapter 5 of the Bankruptcy Code); provided that nothing in this order
8   shall operate as a waiver of or modification of any parties rights which are expressly reserved,
9   except as set forth in the Stipulation and this order. Unless an Event of Default exists under
10  Section 9(b) of the Stipulation due to Debtor's failure to timely make required monthly adequate
11  protection payments to City National Bank or the Term of the Stipulation has otherwise
12  terminated, CP III Evans shall also be entitled to receive monthly adequate protection payments in
13  the amount of $6,000 at such times as provided in Stipulation and Budget. Notwithstanding
14  anything contained in the Stipulation, the Budget may not be amended to alter, impair or delete the
15  amount of, or change the timing of, the adequate protection payments to be made to CP III Evans
16  without CP III Evans' consent; provided, however, that such monthly adequate protection
17  payments to CP III Evans shall terminate if CP III Evans commences any remedial actions against
18  Debtor or its affiliated entities (other than entry into and/or enforcement of any stipulated
19  judgment, confession of judgment, or the taking of any other remedial action against or entry into
20  any transaction with Mr. Arthur Evans).

21      5.    The Debtor is authorized and directed to fund the trust account of counsel for the
22  Official Unsecured Creditors Committee ("Committee") in the amount set forth in the Budget for
23  the month of April 2009 by no later than five business days following entry of this Order, and to
24  fund the trust account of Committee counsel in the amount set forth in the Budget for the months
25  of May and June 2009 by no later than May 20, 2009, and June 20, 2009, respectively; provided
26  however, that any and all such funds shall be held in trust by Committee counsel and shall not be
27  applied against any fees or expenses of Committee counsel unless and until allowed by the Court
28  on an interim or final basis.

ORDER APPROVING DEBTOR'S CONTINUED USE    -3-
OF CASH COLLATERAL PURSUANT TO REVISED
SECOND AMENDMENT TO STIPULATION

1  Approved As To Form:

2

3  T. Scott Bucey /s/
   Pepler Mastromonaco LLP
4  Attorneys for City National Bank

5

6  Lynette C. Kelly /s/
   Lynette C. Kelly
7  United States Department of Justice
   Office of the United States Trustee - Oakland
8  Attorneys for the Acting United States Trustee

9

10
    Robert J. Sherman /s/
11  Robert J. Sherman
    Manatt, Phelps & Phillips, LLP
12  Attorneys for CP III Evans, LLC

13

14
    Maxim B. Litvak /s/
15  Maxim B. Litvak
    Pachulski, Stang, Ziehl & Jones
16  Attorneys for Official Unsecured Creditors Committee

17

18

19

20                    ***END OF ORDER**

21

22

23

24

25

26

27

28

ORDER APPROVING DEBTOR'S CONTINUED USE        -4-
OF CASH COLLATERAL PURSUANT TO REVISED
SECOND AMENDMENT TO STIPULATION

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | U.S. Trustee |
|   | 1301 Clay Street, Suite 690N |
| 3 | Oakland, CA 94612-5202 |
| 4 | Eric A. Nyberg |
|   | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
| 5 | 1999 Harrison Street, Suite 2675 |
| 6 | Oakland, CA 94612 |
| 7 | Richard A. Bell, Executive Vice President |
|   | A.F. Evans Company, Inc. |
| 8 | 1000 Broadway, Suite 300 |
| 9 | Oakland, CA 94607 |
| 10 | Frank T. Pepler |
|    | PeplerMastromonaco LLP |
| 11 | 100 First Street, 25th Floor |
|    | San Francisco, CA 94105 |
| 12 | |
|    | Robert Kaplan |
| 13 | 2 Embarcadero Center, 5th Fl. |
| 14 | San Francisco, CA 94111 |
| 15 | Alan M. Feld |
|    | Manatt, Phelps & Phillips LLP |
| 16 | 11355 West Olympic Blvd. |
|    | Los Angeles, CA 90064 |
| 17 | |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

ORDER APPROVING DEBTOR'S CONTINUED USE   -5-
OF CASH COLLATERAL PURSUANT TO REVISED
SECOND AMENDMENT TO STIPULATION

# Notice Recipients

District/Off: 0971-4     User: lblue     Date Created: 4/29/2009
Case: 09-41727     Form ID: pdfeoc     Total: 6

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
aty     Eric A. Nyberg     e.nyberg@kornfieldlaw.com
aty     Frank T. Pepler     fpepler@peplermastromonaco.com
aty     Robert B. Kaplan     rbk@jmbm.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Alan M. Feld     Manatt, Phelps and Phillips     11355 W Olympic Blvd.     Los Angeles, CA 90064-1614
       Richard A. Bell, Executive Vice President     A.F. Evans Company, Inc.     1000 Broadway, Suite 300     Oakland, CA 94607

TOTAL: 2