1  Maxim B. Litvak (CA Bar No. 215852)
   Pamela E. Singer (CA Bar No. 224758)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010
   E-mail:mlitvak@pszjlaw.com
5          psinger@pszjlaw.com

6  Attorneys for the Official Committee of Unsecured
   Creditors
7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11 In re:                              Case No.: 09-41727-EDJ

12 A.F. Evans Company, Inc.,           Chapter 11

13                Debtor               **APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

17         Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant Official

18 Committee of Unsecured Creditors (the "Committee") hereby designates the following items for the

19 record on appeal and submits its statement of the issues to be presented in connection with the

20 *Notice of Appeal of Order – Motion Requiring Debtor to Remit Sales Proceeds, Entered on July 9,*

21 *2009* [Docket No. 202], filed on July 16, 2009.

22                        **DESIGNATION OF RECORD**

23    1.   *Order Granting Motion to Sell and Assign Partnership Interest*, entered on April 9,

24 2009 [Docket No. 93];

25    2.   *Objection of Official Committee of Unsecured Creditors to Distribution of Sale*

26 *Proceeds to City National Bank,* filed May 5, 2009 [Docket No. 133]; and the *Declaration of Maxim*

27 *B. Litvak in Support of Objection of Official Committee of Unsecured Creditors to Distribution of*

28 *Sale Proceeds to City National Bank* attached thereto;

1    3. *Notice of Motion and Motion of City National Bank for Order Requiring Debtor to Remit Sale Proceeds of Collateral,* filed June 12, 2009 [Docket No. 167] (the "Motion") and *Declaration of Jerry McDermott in Support of Motion of City National Bank for Order Requiring Debtor to Remit Sale Proceeds of Collateral,* filed June 12, 2009 [Docket No. 168];

4. *Opposition of Official Committee of Unsecured Creditors to Motion of City National Bank for Order Requiring Debtor to Remit Sale Proceeds of Collateral,* filed June 25, 2009 [Docket No. 180];

5. Transcript of hearing on the Motion, dated July 2, 2009;

6. *Order-Motion Requiring Debtor to Remit Sale Proceeds,* entered July 9, 2009 [Docket No. 191];

7. *Memorandum Decision – Motion Requiring Debtor to Remit Sales Proceeds,* entered on July 14, 2009 [Docket No. 200].

**STATEMENT OF ISSUES**

1. Did the Bankruptcy Court err in ruling on the Motion without an evidentiary hearing despite unknown facts surrounding the filing of two UCC-3 amendments (the "UCC-3 Amendments") that had termination boxes checked with reference to the underlying UCC-1 financing statement (the "Original Financing Statement") of City National Bank ("CNB")?

2. Did the Bankruptcy Court err in ruling that the UCC-3 Amendments were not effective in terminating the Original Financing Statement?

3. Did the Bankruptcy Court err in ruling that First American Title Insurance Company ("First American"), as agent for CNB, was not acting within the scope of its authority to the extent that First American filed the UCC-3 Amendments?

4. Did the Bankruptcy Court err in ruling that the UCC-3 Amendments were not seriously misleading?

Case: 09-41727 Doc# 213 Filed: 07/24/09 Entered: 07/24/09 ... 

APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

2

| | | |
|---|---|---|
| 1 | Dated: July 24, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | By *Maxim B. Litvak* |
| | | Maxim B. Litvak (CA Bar No. 215852) |
| 4 | | Attorneys for the Official Committee of Unsecured Creditors |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case:09-41727  Doc# 213  Filed: 07/24/09  Entered: 07/24/09  
DOCS_SF:66429.2

APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

3