**Entered on Docket**
**April 09, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: April 09, 2009**

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**

1  ERIC A. NYBERG, ESQ.
   (Bar No. 131105)
2  CHARLES N. BENDES, ESQ.
   (Bar No. 70126)
3  CHRIS D. KUHNER, ESQ.
   (Bar No. 173291)
4  KORNFIELD, NYBERG,
   BENDES & KUHNER, P.C.
5  1999 Harrison Street, Suite 2675
   Oakland, California 94612
6  Telephone: (510) 763-1000
   Facsimile: (510) 273-8669
7
   Attorneys for A.F. Evans Company, Inc., Debtor
8

9

10              UNITED STATES BANKRUPTCY COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  **In re**                              **Case No. 09-41727 EDJ**

14  **A.F. EVANS COMPANY, INC.,**          **Chapter 11**
                                           **ORDER GRANTING MOTION**
15                          **Debtor.**    **TO SELL AND ASSIGN**
                                           **PARTNERSHIP INTEREST**
16
                                           **Date: April 2, 2009**
17                                         **Time: 2:30 p.m.**
                                           **Place: Courtroom 215**
18

19        The Motion to Sell and Assign Partnership ("the Motion") filed by A.F. Evans

20  Company, Inc., Debtor and Debtor in Possession in the above-referenced Chapter 11

21  bankruptcy case ("the Debtor"), came on for a hearing in the courtroom of the Honorable

22  Edward D. Jellen at the above date and time. All appearances were made on the record.

23  The court having considered the Motion, the objection filed by MMA Pioneer Park Plaza,

24  LLC's f/k/a Lend Lease Pioneer Plaza, LLC's Opposition to A.F. Evans Company's

25  Motion to Sell and Assign Partnership Interest and the Objection of the Official Committee

26  of Unsecured Creditors to Debtor's Motion to Sell and Assign Partnership Interest and

27  good cause appearing therefor;

28

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Order on Motion to Sell            -1-            J:\A.F. Evans Company, Inc\Order on Motion to Sell.doc

1      **IT IS HEREBY ORDERED** that the Motion is granted to the extent it pertains

2  to the sale of the Debtor's interests in AFE-Pioneer Associates, LP ("AFE-Pioneer") and

3  the Debtor is authorized to sell its interest in AFE-Pioneer to the Reliant Group pursuant to

4  the terms set forth in the Motion subject to any and all of MMA Pioneer Park Plaza LLC's

5  f/k/a Lend Lease Pioneer Plaza, LLC's consent rights that may exist by contract or

6  operation of law.

7  .

8

9      **IT IS FURTHER ORDERED** that their First Amended and Restated Agreement

10  of their Limited Partnership related to AFE-Pioneer shall, upon closing, be assumed by the

11  Debtor then assigned to Buyer pursuant to 11 U.S.C.§365. The assumption and

12  assignment of AFE-Pioneer is subject to any and all of MMA Pioneer Park Plaza LLC's

13  f/k/a Lend Lease Pioneer Plaza, LLC's consent rights that may exist by contract or

14  operation of law.

15

16      **IT IS FURTHER ORDERED** that the lien of City National Bank ("CNB") shall

17  attach to the sale proceeds to the same extent and priority as CNB's prepetition security

18  interests in the Debtor's interests in AFE-Pioneer. Prior to April 24, 2009, the Debtor shall

19  retain and shall not distribute or disburse to CNB or to any other party that 87.5% portion

20  of the sale proceeds to which CNB would be entitled under the terms of the Stipulation

21  Regarding Cash Collateral and Adequate Protection between the Debtor and CNB. Unless

22  the Official Committee of Unsecured Creditors has filed a pleading in this case by April

23  23, 2009, asserting a defect in CNB's lien rights in the Debtor's interests in AFE-Pioneer

24  (such assertion to be based on the merits and not on the basis of a lack of time or lack of

25  information), then on April 24, 2009 (or, if later, promptly upon the Debtor's receipt of

26  sale proceeds), the Debtor shall remit 87.5% of the sale proceeds to CNB. In the event the

27  Committee asserts a defect in CNB's lien rights, then, the sole grounds upon which all or

28  any portion of the 87.5% portion of sale proceeds may ultimately be withheld from CNB

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1 shall be on the basis of an alleged defect in CNB's lien rights and not on alternative

2 grounds such as that CNB is adequately protected without receiving such proceeds.

3

4       **IT IS FURTHER ORDERED** that the Motion is continued for further hearing

5 on April 23, 2009, at 2:30 p.m., to the extent the Motion relates to the Debtor's sale of its

6 interests in Bigby Associates, LP and Charter Oaks Associates, LP.

7

8

9 Approved as to form:

10

11 <u>Todd Toral /s/</u>
Todd Toral, Esq.

12 Attorneys for Creditor
MMA Pioneer Park Plaza, LLC f/k/a

13 Lend Lease Pioneer Plaza, LLC

14

15 <u>Maxim B. Litvak /s/</u>
Maxim B. Litvak, Esq.

16 Pachulski, Stang, Ziehl & Jones

17 Attorneys for Official Unsecured Creditors Committee

18

19 <u>T. Scott Bucey /s/</u>
T. Scott Bucey, Esq.

20 PeplerMastromonaco, LLP

21 Attorneys for City National Bank

22

23

24                           **\*\*\*END OF ORDER\*\*\***

25

26

27

28

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1  COURT SERVICE LIST

2  U.S. Trustee
1301 Clay Street, Ste. 690N
3  Oakland, CA 94612

4  Chris Kuhner
Kornfield, Nyberg, Bendes & Kuhner, P.C.
5  1999 Harrison St., Ste. 2675
Oakland, CA 94612

6
Richard A. Bell
7  A.F. Evans Company, Inc.
1000 Broadway, Ste. 300
8  Oakland, CA 94607

9  Frank T. Pepler
PeplerMastromonaco, LLP
10  100 First Street, 25th Floor
San Francisco, CA 94105

11
Robert Kaplan
12  2 Embarcadero Center, 5th Floor
San Francisco, CA 94111

13
Alan M. Feld
14  Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
15  Los Angeles, CA 90064

16  Maxim B. Litvak
Pachulski, Stang, Ziehl & Jones
17  150 California Street, 15th Floor
San Francisco, CA 94111

18

19

20

21

22

23

24

25

26

27

28

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Order on Motion to Sell                    -4-                    J:\A.F. Evans Company, Inc\Order on Motion to Sell.doc

# Notice Recipients

District/Off: 0971−4   User: jwakerlin   Date Created: 4/9/2009

Case: 09−41727   Form ID: pdfeoc   Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| aty | Chris D. Kuhner | c.kuhner@kornfieldlaw.com |
| aty | Frank T. Pepler | fpepler@peplermastromonaco.com |
| aty | Maxim B. Litvak | mlitvak@pszjlaw.com |
| aty | Robert B. Kaplan | rbk@jmbm.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | A.F.Evans Company, Inc. | 1000 Broadway, Ste 300 | Oakland, CA 94607 | | |
| aty | Alan M. Feld | Manatt, Phelps and Phillips | 11355 W Olympic Blvd. | Los Angeles, CA 90064−1614 |

TOTAL: 2