1 | Maxim B. Litvak (CA Bar No. 215852)
Pamela E. Singer (CA Bar No. 224758)
2 | PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
3 | San Francisco, California 94111-4500
Telephone: 415/263-7000
4 | Facsimile: 415/263-7010
E-mail: mlitvak@pszjlaw.com
5 | psinger@pszjlaw.com

6 | Attorneys for the Official Committee of Unsecured
Creditors

7

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | In re: | Case No.: 09-41727-EDJ

12 | A.F. Evans Company, Inc., | Chapter 11

13 | Debtor. | **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**

14 |

15 |

16 | | *[No Hearing Requested]*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

17

18 The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned

19 debtor and debtor in possession herein (the "Debtor") hereby objects to the distribution of any

20 proceeds from the sale of the Debtor's assets to City National Bank ("CNB") on the basis that the

21 security interests asserted by CNB against the Debtor appear to have been terminated. The

22 Committee submits this objection in connection with the Court's *Order Granting Motion to Sell and*

23 *Assign Partnership Interest* (the "Sale Order"), entered on April 9, 2009, pursuant to which the

24 Court authorized the Debtor to sell (the "Sale") its general partnership interest in AFE-Pioneer

25 Associates, LP ("AFE-Pioneer"). As part of the Sale Order, the Debtor is required to immediately

26 remit 87.5% of the proceeds of the Sale to CNB, unless the Committee timely raises a defect in

27 CNB's asserted security interests. The Committee's deadline to object was extended by stipulation

28 of the parties and order of the Court to May 5, 2009.

1    As set forth more fully below, the Committee believes that CNB's asserted liens against the
2    Debtor's assets, specifically including its interests in AFE-Pioneer, may be defective. Accordingly,
3    the Court should decline to allow any sale proceeds to be remitted to CNB at this time. At most,
4    such sale proceeds should be segregated pending the determination of the validity of CNB's asserted
5    security interests against the Debtor.[1]  The factual assertions set forth herein are supported by the
6    *Declaration of Maxim B. Litvak* submitted concurrently herewith (the "Litvak Declaration").

I.

## INTRODUCTION

9    The official record of the California Secretary of State (the "Secretary") reveals that CNB's
10   underlying financing statement against the Debtor has been terminated. It appears that two
11   termination statements were filed of record as part of the Debtor's sale earlier this year of two
12   partnership interests. Instead of merely reflecting a release of collateral covering these two pending
13   sales, the termination box was checked on two amendments filed with the Secretary. As a result, the
14   Secretary officially listed CNB's original financing statement as having been terminated. Within a
15   matter of days, CNB filed correction statements in an effort to explain that its security interest had
16   not been terminated, but these efforts were ineffective because the underlying financing statement
17   had already been terminated as a matter of record. CNB also did not file a new financing statement
18   at that time (such filing would have been avoidable in any case as a preferential transfer).

19   The Committee does not yet know who filed the termination statements at issue or why the
20   termination box was checked. CNB has provided the Committee with documents evidencing that
21   CNB approved the proper forms to be filed releasing only certain specified collateral, and delivered
22   such forms to First American Title Insurance Company ("First American"), the escrow agent for the
23   contemplated asset sales, with authority to file such documents on CNB's behalf. For reasons that
24   are not yet clear, the actual documents that were filed with the Secretary were the same ones
25   approved by CNB, but with the termination box checked (apparently by way of a handwritten
26   addition to the documents). Further investigation and discovery will be required to determine what

28   [1] The Committee is informed that the sale of the Debtor's general partnership interest in AFE-Pioneer has not yet closed and remains pending. There are no other sales that have been approved by the Court to date.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1   exactly happened, but based on the evidence available to date, it is clear that CNB's asserted security
2   interests in the Debtor's assets are very much in doubt. Indeed, the Secretary reflects in the official
3   record that CNB's underlying financing statement has been terminated.

4       Accordingly, the Committee urges the Court to order that the proceeds of the pending Sale
5   (or any other sale) of the Debtor's assets should not be paid to CNB on account of its prepetition
6   claims at this time. If necessary, such proceeds can be set aside pending further order of the Court.
7   In this regard, it also bears mention that the Court is fully authorized to approve the Sale of the
8   Debtor's interests in AFE-Pioneer (even over CNB's objection), pursuant to section 363(f)(4) of the
9   Bankruptcy Code, because CNB's asserted liens are now the subject of a bona fide dispute.

## II.

## RELEVANT FACTS

12       On August 9, 2004, CNB filed a UCC Financing Statement (the "Original Financing
13   Statement") with the Secretary in order to perfect its security interest in "All Inventory, Accounts
14   (Fees Receivable), General Intangibles, Equipment and Chattel Paper" owned by the Debtor. A
15   copy of the Original Financing Statement is attached to the Litvak Declaration as **Exhibit A**.

16       In January 2009, the Debtor sold its general partnership interests in Westgate Housing
17   Associates L.P. ("Westgate") and Greenery Housing Associates, L.P. ("Greenery"). On January 8,
18   2009, Rick Bell, an officer of the Debtor, sent an email to CNB attaching proposed releases of
19   CNB's security interests in Westgate and Greenery and escrow instructions with respect to the
20   contemplated sales of such assets. A copy of this email is attached to the Litvak Declaration as
21   **Exhibit B**.

22       Subsequently, CNB delivered correspondence to First American (these documents were also
23   addressed to the Debtor) confirming that CNB would release its security interests in Westgate and
24   Greenery upon payment of the purchase price from the pending sales of these assets. This
25   correspondence is attached to the Litvak Declaration as **Exhibit C**. As part of such correspondence
26   to First American, CNB expressly "*authorize[d] the filing of appropriate amendments*" to the
27   Original Financing Statement (emphasis added). CNB has also informed the Committee that
28   amended financing statements, in the form attached to the Litvak Declaration as **Exhibit D**, were

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  also provided by CNB to First American. These forms do not have the termination box checked.

2  Instead, they only have the release of collateral box checked.

3  On January 28, 2009, two UCC Financing Statement Amendments (the "Termination

4  Statements") referencing the Original Financing Statement were filed with the Secretary. The

5  Termination Statements were identical to the forms previously approved by CNB, but with one

6  glaring difference. Both Termination Statements had the termination box checked, which was

7  followed by standard language stating that: "Effectiveness of the Financing Statement identified

8  above is terminated with respect to security interest(s) of the Secured Party authorizing this

9  Termination Statement." A copy of both Termination Statements is attached to the Litvak

10  Declaration as **Exhibit E**. The Committee does not yet know who filed the Termination Statements,

11  but they were duly recorded by the Secretary as having terminated the Original Financing Statement.

12  A copy of pertinent excerpts of the summary of UCC filings recorded by the Secretary against the

13  Debtor is attached to the Litvak Declaration as **Exhibit F**.

14  On February 6, 2009, CNB filed two additional UCC Financing Statement Amendments (the

15  "Correction Statements") stating that the Termination Statements were filed without CNB's

16  authority and that CNB had only authorized the release of its security interest in the Debtor's interest

17  in the Westgate and Greenery general partnership interests. Copies of the Correction Statements are

18  attached to the Litvak Declaration as **Exhibit G**. However, these Corrections Statements were

19  ineffective because the Original Financing Statement had already been terminated. CNB clearly

20  authorized the filing of "appropriate amendments" to the Original Financing Statement.

21  Unfortunately for CNB, the wrong amendments were filed. Under California law, CNB may now

22  have a claim against the party that made such mistake, but from the perspective of this estate, CNB

23  appears to be a mere unsecured creditor.

24  ///

25  ///

26  ///

27  ///

28  ///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
## III.

2
## ARGUMENT

3    **A.    The Termination Statements Were Authorized and Effective in Terminating CNB's**
4    **Security Interests Against the Debtor**

5        Section 9513(d) of the California Commercial Code provides that:

6            Except as otherwise provided in Section 9510, upon the filing of a
7            termination statement with the filing office, the financing statement to
             which the termination statement relates ceases to be effective.

8        Section 9510(a) of the California Commercial Code provides that "[a] filed record is

9    effective only to the extent that it was filed by a person that may file it under Section 9509."

10       Section 9509(d) of the California Commercial Code provides in pertinent part:

11           A person may file an amendment other than an amendment that adds
12           collateral covered by a financing statement or an amendment that adds
             a debtor to a financing statement only if . . . The secured party of
13           record authorizes the filing.

14       These statutory provisions make clear that a termination statement is effective if it is

15   "authorized" by the secured party -- meaning that a third party with no relationship with the secured

16   party cannot simply file a termination statement because they feel like doing so. Unfortunately,

17   neither the California Commercial Code nor the Uniform Commercial Code, upon which it is based,

18   define the term "authorizes." The Official Comments to section 9509 of the Uniform Commercial

19   Code state in relevant part that: "Law other than this Article . . . generally determines whether a

20   person has the requisite authority to file a record under this section."

21       As a matter of applicable California law, it appears that CNB authorized its agent, First

22   American, to file "appropriate amendments" to the Original Financing Statement and is now bound

23   by the Termination Statements that were actually filed (even if such filings contain mistakes).

24   **B.    CNB is Bound By the Mistakes of Its Agent While Acting Within the Scope of Such**
25   **Agent's Authority**

26       "An agent is one who represents another, called the principal, in dealings with third persons."

27   CAL. CIV. CODE § 2295. "An agent may be authorized to do any acts which his principal might do,

28   except those to which the latter is bound to give his personal attention." CAL. CIV. CODE § 2304.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1 Consideration is unnecessary to create an agency. CAL. CIV. CODE § 2308. Finally, "[a]ctual

2 authority is such as a principal intentionally confers upon the agent, or intentionally, or by want of

3 ordinary care, allows the agent to believe himself to possess." CAL. CIV. CODE § 2316.

4 Here, CNB authorized First American to amend CNB's Original Financing Statement to

5 release CNB's security interests in the Westgate and Greenery assets. First American was acting as

6 the escrow agent in that sale transaction and CNB designated First American as agent for the limited

7 purpose of effectuating the necessary filings. Although the Committee does not yet know who

8 actually filed the Termination Statements, to the extent they were filed by First American, the

9 escrow agent was clearly acting within the scope of its authority and CNB is now responsible for the

10 ramifications of First American's conduct. (CNB may have a claim against the party that wrongfully

11 filed the Termination Statements, but that is not an issue for this estate. *See* CAL. CIV. CODE §

12 9625.)

13 The Ninth Circuit long ago established that an agent's mistake or disregard of the principal's

14 instructions does not take the agent's actions outside the scope of the agent's authority. In *Goddard*

15 *v. Metropolitan Trust Co. of California,* 82 F.2d 902 (9th Cir. 1936), a principal authorized an agent

16 to make a loan to a third person and to acquire a security interest in collateral in exchange for the

17 loan. The agent made the loan but failed to acquire the security interest. The principal then sued the

18 agent for conversion for giving away the principal's money without authorization. The court held

19 that while the agent clearly violated the principal's instructions, he was still acting within the scope

20 of his agency, and, therefore, could not be found liable for conversion. *Id.* at 904.

21 Here, like the agent in *Goddard*, First American (to the extent that it is the responsible party

22 for the Termination Statements at issue) may have acted contrary to CNB's intentions or even its

23 directions, but it was still acting within the scope of CNB's authorization to file the "appropriate

24 amendments" of the Original Financing Statement. As the Ninth Circuit stated in *Goddard*, "[t]he

25 complaint shows, not a complete departure from the agent's authority, but a mere violation of the

26 principal's instructions regarding the manner in which the authority should be exercised." *Goddard,*

27 82 F.2d at 904. That may be precisely what happened here. First American was supposed to file

28 amendments to the Original Financing Statement releasing certain specified collateral in accordance

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

with CNB's direction, but First American may have made the mistake of filing the Termination Statements instead. Under *Goddard,* this mistake does not render the action unauthorized.

Other cases bolster the point. For example, in *Morrow Crane Co. v. Affiliated FM Ins. Co.,* 885 F.2d 612 (9th Cir. 1989), an agent violated his principal's instructions by contracting to have cranes shipped above deck, instead of below deck. The court held that although the agent had botched the job, the principal nonetheless remained bound by the agent's contract with the shipper because the agent entered into the contract while performing the assigned task of arranging shipment. *Id.* at 615. The same is true here. Even though First American may have checked the wrong box, CNB remains bound because First American was performing its assigned task of amending the Original Financing Statement.

Finally, in *Smith v. Deutsch,* 89 Cal.App.2d 419, 425 (Cal. Ct. App. 1949), the court stated:

> It is not necessary that a specific act, or failure to act, be authorized as such by the principal to bring it within the scope of the agent's authority. *It is within the scope of his authority if it is done while the agent is engaged in the transaction of business which has been assigned to him for attention by his principal* . . . . (emphasis added).

Here, First American may have made a mistake while "engage[d] in the transaction of business which [had] been assigned" by CNB, which was to amend the Original Financing Statement, but CNB remains bound and the Termination Statements were effective.

## C. The Termination Statements Are Effective Even if They Were Filed By Mistake

The Ninth Circuit has held that a termination statement filed by mistake is effective in terminating the creditor's security interest. In *Koehring Company v. Nolden (In re Pacific Trencher & Equip., Inc.)*, 735 F.2d 362 (9th Cir. 1984), a secured lender agreed to release its security interest in certain of the debtor's assets. It inadvertently checked the termination box and listed the released collateral. Later discovering its mistake, the lender filed a new financing statement. When the debtor filed bankruptcy, the secured lender filed an adversary proceeding seeking to reform its financing statement to provide that it had not been terminated. The Ninth Circuit ruled that reformation did not apply.

///

///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    The Ninth Circuit also rejected the argument that mistakenly checking the termination box,

2    but also listing released collateral, was not "seriously misleading" pursuant to section 9506 of the

3    California Commercial Code. The Ninth Circuit held:

4         It is not determinative that no actual creditor was misled. It matters
          that a potential creditor could have been misled. Consequently, it is
5         the conclusion of this court that the error resulting in the termination of
          the financing statement was seriously misleading viewed from the
6         standpoint of a potential creditor reviewing the records.

7    *Id.* at 364 (quotations and citations omitted). The Ninth Circuit also rejected the secured lender's

8    argument that the financing statement was only a termination as to the collateral that was listed.

9    "Checking the Termination box operates as complete termination of the financing statement." *Id.* at

10   364-65.

11   Other courts agree. *See Crestar Bank v. Neal (In re Kitchen Equip. Co. of Virginia),* 960

12   F.2d 1242 (4th Cir. 1992) (lender checked termination box, but then listed collateral to be released;

13   held: financing statement was terminated); *Peoples Bank of Kentucky, Inc. v. US Bank (In re SJ Cox*

14   *Enters., Inc.),* 2009 WL 939573 *4 (Bankr. E.D. Ky. 2009) ("[t]he filing of a termination statement

15   cannot be considered a minor error."); *In re Hampton,* 2001 WL 1860362 (Bankr. M.D. Ga. 2001)

16   (creditor was unsecured where it mistakenly terminated financing statement); *In re Silvernail Mirror*

17   *& Glass, Inc.,* 142 B.R. 987, 989 (Bankr. M.D. Fla. 1992) (court could not apply equitable principles

18   to reinstate creditor's lien against debtor's assets where creditor mistakenly filed a termination

19   statement terminating its financing statement).

20   Accordingly, even if the Termination Statements were filed by mistake, they were effective

21   in terminating CNB's asserted security interests against the Debtor. The fact that both the

22   termination and release of collateral boxes were checked does not change this result, neither does

23   CNB's subsequent filing of the Correction Statements. As reflected in the Secretary's official

24   record, the Original Financing Statement has been terminated.

25                                              IV.

26                                         **CONCLUSION**

27   Based on the foregoing, there is a bona fide dispute as to the validity of CNB's asserted liens

28   against the Debtor. It appears that CNB's liens were terminated prepetition. Although the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Committee does not yet have all the facts, there is clearly enough of an issue here to suspend any

2    immediate distribution of sale proceeds to CNB.  In light of this dispute, the Court is also well within

3    its authority to authorize the pending Sale of the Debtor's interests in AFE-Pioneer over CNB's

4    objection (to the extent one is asserted) pursuant to section 363(f)(4) of the Bankruptcy Code.

5    Dated:    May 5, 2009                    PACHULSKI STANG ZIEHL & JONES LLP

6

7                                     By      /s/ Pamela E. Singer
                                             Pamela E. Singer
8                                            Attorneys for the Official Committee of
                                             Unsecured Creditors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

segmentmlCR

OCR

OCR

OCR

OCR

oc

OCR

OCR

OCR

OCR OCR

OCR

OCR

OCR

OCR

Maxim B. Litvak (CA Bar No. 215852)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: mlitvak@pszjlaw.com
psinger@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

A.F. Evans Company, Inc.,

Debtor.

Case No.: 09-41727-EDJ

Chapter 11

**DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**

*[No Hearing Requested]*

I, Maxim B. Litvak, declare as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case. I submit this Declaration in support of the *Objection of Official Committee of Unsecured Creditors to Distribution of Sale Proceeds to City National Bank* (the "Objection"). Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. The Committee has submitted the Objection in connection with the Court's *Order Granting Motion to Sell and Assign Partnership Interest* (the "Sale Order"), entered on April 9, 2009, pursuant to which the Court authorized the Debtor to sell (the "Sale") its general partnership

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    interest in AFE-Pioneer Associates, LP ("AFE-Pioneer"). As part of the Sale Order, the Debtor is

2    required to immediately remit 87.5% of the proceeds of the Sale to CNB, unless the Committee

3    timely raises a defect in CNB's asserted security interests. The Committee's deadline to object was

4    extended by stipulation of the parties and order of the Court to May 5, 2009.

5        3.    I am informed that the sale of the Debtor's general partnership interest in AFE-

6    Pioneer has not yet closed and remains pending. There are no other sales that have been approved

7    by the Court to date.

8        4.    On August 9, 2004, CNB filed a UCC Financing Statement (the "Original Financing

9    Statement") with the California Secretary of State (the "Secretary"). A true and copy of the Original

10   Financing Statement is attached hereto as **Exhibit A**.

11       5.    Based on information provided by the Debtor and CNB, in January 2009, the Debtor

12   sold its general partnership interests in Westgate Housing Associates L.P. ("Westgate") and

13   Greenery Housing Associates, L.P. ("Greenery").

14       6.    On January 8, 2009, Rick Bell, an officer of the Debtor, sent an email to CNB

15   attaching proposed releases of CNB's security interests in Westgate and Greenery and escrow

16   instructions with respect to the contemplated sales of such assets. A true and copy of this email is

17   attached hereto as **Exhibit B**.

18       7.    Subsequently, I am informed that CNB delivered correspondence to First American

19   (these documents were also addressed to the Debtor) confirming that CNB would release its security

20   interests in Westgate and Greenery upon payment of the purchase price from the pending sales of

21   these assets. A true and correct copy of this correspondence is attached hereto as **Exhibit C**.

22       8.    CNB has informed the Committee that amended financing statements, in the form

23   attached hereto as **Exhibit D,** were also provided by CNB to First American.

24       9.    On January 28, 2009, two UCC Financing Statement Amendments (the "Termination

25   Statements") referencing the Original Financing Statement were filed with the Secretary. A true and

26   correct copy of both Termination Statements is attached hereto as **Exhibit E**.

27   ///

28   ///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1        10.    The Termination Statements were duly recorded by the Secretary as having

2   terminated the Original Financing Statement. A true and copy of pertinent excerpts of the summary

3   of UCC filings recorded by the Secretary against the Debtor is attached hereto as **Exhibit F**.

4        11.    On February 6, 2009, CNB filed two additional UCC Financing Statement

5   Amendments (the "Correction Statements"). A true and correct of the Correction Statements are

6   attached hereto as **Exhibit G**.

7        To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and

8   correct.

9        Executed this 5th day of May 2009, at San Francisco, California.

10

11

12                             */s/ Maxim B. Litvak*
                                Maxim B. Litvak

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DECLARATION OF MAXIM B. LITVAK

# Exhibit A

Aug-09-04 10:46am From-AF EVANS DEVEOPMENT OAKLAND +5108918004 T-306 P.003/003 F-467

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

A. F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

**04-1000359638**

**08/09/2004 13:48**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

THE UCC 1 FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME A. F. Evans Company, Inc. | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 1000 Broadway, Suite 300 | CITY Oakland | STATE CA | POSTAL CODE 94607 | COUNTRY |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID #, if any [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any [ ] NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME City National Bank | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 150 California Street, 13th Floor | CITY San Francisco | STATE CA | POSTAL CODE 94111 | COUNTRY |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Accounts (Fees Receivable), General Intangibles, Equipment and Chattel Paper; whether any of the foregoing is owned now or acquired later; accessions, additions, replacements and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

Except Development Fees receivable from AFE-Evergreen limited partnership (a Washington L.P.). The remaining portion of the $1,000,000 fee described in the development agreement dated September 7, 2000.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# **<u>Exhibit B</u>**

## Pamela Singer

| To: | Pamela Singer |
| --- | --- |
| Subject: | FW: A.F. Evans Company Ca UCC3.pdf |
| Importance: | High |
| Attachments: | Greenery CNB.pdf; Westgate CNB.pdf; Greenery Housing UCC3.pdf; Westgate Housing Ca UCC3.pdf |

**From:** McDermott, Jerry [mailto:Jerry.McDermott@cnb.com]
**Sent:** Thursday, January 08, 2009 2:23 PM
**To:** Frank Pepler
**Subject:** FW: A.F. Evans Company Ca UCC3.pdf
**Importance:** High

Please review and advise

Jerry McDermott
City National Bank
555 South Flower Street, 16th floor
Los Angeles, CA 90071
213-673-8928
Fax 213-673-8958

**This message is intended only for the use of the addressee and may contain confidential, privileged information. If you are not the intended recepient, you may not use, copy or disclose any information contained in the message. If you have received this message in error, please notify the sender by reply e-mail and delete the message.**
-----Original Message-----
 **From:** Rick Bell - Corporate [mailto:rbell@afevans.com]
**Sent:** Thursday, January 08, 2009 2:11 PM
**To:** McDermott, Jerry
**Cc:** Natalia Williams - AF Evans Development, Inc.; Renée Stenesen; MLewis@fbm.com
**Subject:** FW: A.F. Evans Company Ca UCC3.pdf
**Importance:** High

Jerry attached are UCC releases and escrow instructions for Greenery and Westgate. We have separated them in case the closings are not simultaneous. At this point it looks like both will close tomorrow.

Please sign and submit to Renee at First American. Thank you.

Rick Bell
AF Evans Company, Inc
1000 Broadway, Suite 300
Oakland, CA 94607
Ph: 510.267.4682
Fx: 510.891.9004
rbell@afevans.com
www.afevans.com

January 8, 2009

AF Evans Company, Inc.
1000 Broadway, Suite 300
Oakland CA 94607
Attn: Rick Bell

First American Title Insurance Company
1737 North First Street, Suite 100
San Jose, CA 95112
Attn: Renee Stevensen

      Re:    Sale of General Partner Interests in Greenery Housing Associates, L P by AF
              Evans Company, Inc. ("Debtor")

Dear Mr Bell and Ms Stevensen.

      Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A, City National Bank hereby releases all of its right, title and interest in the property described on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement No 04-1000359638, filed with the Secretary of the State of California

      The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter.

      This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009.

                        CITY NATIONAL BANK

                        By _____

                        Its: _____

22149\1834631 1

**EXHIBIT A**

**WIRING INSTRUCTIONS**

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L P., a California limited partnership, and Westgate Housing Associates, L.P., a California Limited partnership (collectively, the **"Partnerships"**), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables

22149\1834631 1

January 8, 2009

AF Evans Company, Inc.
1000 Broadway, Suite 300
Oakland CA 94607
Attn: Rick Bell

First American Title Insurance Company
1737 North First Street, Suite 100
San Jose, CA 95112
Attn: Renee Stevensen

Re:     Sale of General Partner Interests in Westgate Housing Associates L.P. by AF
        Evans Company, Inc. ("Debtor")

Dear Mr. Bell and Ms Stevensen:

Effective upon the receipt by First American Title Insurance Company (the "Title
Company") of the purchase price for the above-referenced sale and the Title Company's
confirmation to the undersigned that it is prepared to close such sale and in connection
therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A,
City National Bank hereby releases all of its right, title and interest in the property described
on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement
No 04-1000359638, filed with the Secretary of the State of California.

The Reliant Group, a California corporation, may rely upon the release and authorization
set forth in this letter.

This letter shall be void and of no further effect if the above-referenced sale has not
closed before the close of business on January 14, 2009

CITY NATIONAL BANK

By _____

Its: _____

22149\1834631 1

**EXHIBIT A**

**WIRING INSTRUCTIONS**

22149\1834631 1

## EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L P., a California limited partnership, and Westgate Housing Associates, L.P , a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

22149\1834631 1

## UCC FINANCING STATEMENT **AMENDMENT**
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> A.F. Evans Company, Inc.
> 1000 Broadway, Suite 300
> Oakland, CA 94607

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 04-1000359638 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial):  Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record.  Check only _one_ of these two boxes.

Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #. if any ☐ NONE |
|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☑ deleted  or ☐ added,  or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here ☐  and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| City National Bank | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

04-1000359638

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 04-1000359638 | |

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5.** AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6.** CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7.** CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

**8.** AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Westgate Housing Associates, L.P., a California Limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to Westgate Gardens apartment project in Fresno, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

**9.** NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor,  or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

City National Bank

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10.** OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# **Exhibit C**

January 8, 2009

AF Evans Company, Inc.
1000 Broadway, Suite 300
Oakland CA 94607
Attn: Rick Bell

First American Title Insurance Company
1737 North First Street, Suite 100
San Jose, CA 95112
Attn: Renee Stevensen

      Re:    Sale of General Partner Interests in Greenery Housing Associates, L P by AF
             Evans Company, Inc. ("**Debtor**")

Dear Mr Bell and Ms Stevensen.

      Effective upon the receipt by First American Title Insurance Company (the "**Title
Company**") of the purchase price for the above-referenced sale and the Title Company's
confirmation to the undersigned that it is prepared to close such sale and in connection
therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A,
City National Bank hereby releases all of its right, title and interest in the property described
on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement
No. 04-1000359638, filed with the Secretary of the State of California

      The Reliant Group, a California corporation, may rely upon the release and authorization
set forth in this letter.

      This letter shall be void and of no further effect if the above-referenced sale has not
closed before the close of business on January 14, 2009

CITY NATIONAL BANK

By _____

Its. _____

22149\1834631 1

EXHIBIT A

WIRING INSTRUCTIONS

22149\1834631 1

## EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and
other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery
Housing Associates, L.P., a California limited partnership, and Westgate Housing Associates,
L.P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited
to all allocations and distributions, all management, voting and other rights under any
organizational and operational agreements, and all rights to any receivables relating to The
Greenery apartment project in Woodland, California or the Westgate Gardens apartment project
in Fresno, California or the Partnerships, including but not limited to deferred development fees,
management fees, incentive management fees, fees payable under any real service
agreements (except for current liabilities (less than 30 days old) owed to Evans Property
Management, Inc. in its capacity as property management aged for the Projects), partnership
service agreements, or real estate brokerage agreements, member loans, voluntary loans,
operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes,
insurance, or any other overpayments made intentionally or unintentionally in any periods prior
to January 8, 2009, and any other such receivables.

22149\1834631 1

January 8, 2009

AF Evans Company, Inc.
1000 Broadway, Suite 300
Oakland CA 94607
Attn: Rick Bell

First American Title Insurance Company
1737 North First Street, Suite 100
San Jose, CA 95112
Attn: Renee Stevensen

    Re:    Sale of General Partner Interests in Westgate Housing Associates L.P. by AF
            Evans Company, Inc. ("Debtor")

Dear Mr. Bell and Ms. Stevensen:

    Effective upon the receipt by First American Title Insurance Company (the "**Title Company**") of the purchase price for the above-referenced sale and the Title Company's confirmation to the undersigned that it is prepared to close such sale and in connection therewith deliver $37,500 to the account of City National Bank as set forth in Exhibit A, City National Bank hereby releases all of its right, title and interest in the property described on Exhibit B and authorizes the filing of appropriate amendments to UCC Financing Statement No. 04-1000359638, filed with the Secretary of the State of California.

    The Reliant Group, a California corporation, may rely upon the release and authorization set forth in this letter.

    This letter shall be void and of no further effect if the above-referenced sale has not closed before the close of business on January 14, 2009.

CITY NATIONAL BANK

By _____

Its: _____

22149\1834631 1

EXHIBIT A

WIRING INSTRUCTIONS

22149\1834631 1

EXHIBIT B

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L P , a California limited partnership, and Westgate Housing Associates, L P., a California Limited partnership (collectively, the "**Partnerships**"), including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California or the Westgate Gardens apartment project in Fresno, California or the Partnerships, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Projects), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables

22149\1834631 1

# **Exhibit D**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607 ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
04-1000359638

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Westgate Housing Associates, L.P., a California Limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to Westgate Gardens apartment project in Fresno, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
City National Bank

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 04-1000359638 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

City National Bank

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# **Exhibit E**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**0971859849**
**01/28/2009 17:00**

FILED
SOS
CALIFORNIA
SECRETARY OF STATE

19891770002 UCC 3 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

A.F. Evans Company, Inc.
1000 Broadway, Suite 300
Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 04-1000359638 | |

2. ☒ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address; Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|
| | | | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Westgate Housing Associates, L.P., a California Limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to Westgate Gardens apartment project in Fresno, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

City National Bank

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**0971859885**

**01/28/2009 17:00**

**FILED**

CALIFORNIA
SECRETARY OF STATE

SOS

19891850002   UCC 3 FILING

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> A.F. Evans Company, Inc.
> 1000 Broadway, Suite 300
> Oakland, CA 94607

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 04-1000359638 | |

2. ☒ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name. Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION.

7a. ORGANIZATION'S NAME

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☑ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of the right, title and interest of Debtor and Debtor's affiliates in and to cash flow and other distributions, capital profits and losses, tax credits, and otherwise in and to Greenery Housing Associates, L.P., a California limited partnership, including but not limited to all allocations and distributions, all management, voting and other rights under any organizational and operational agreements, and all rights to any receivables relating to The Greenery apartment project in Woodland, California, including but not limited to deferred development fees, management fees, incentive management fees, fees payable under any real service agreements (except for current liabilities (less than 30 days old) owed to Evans Property Management, Inc. in its capacity as property management aged for the Project), partnership service agreements, or real estate brokerage agreements, member loans, voluntary loans, operating deficit loans, development deficit loans, credit adjustment notes, refunds of taxes, insurance, or any other overpayments made intentionally or unintentionally in any periods prior to January 8, 2009, and any other such receivables.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

City National Bank

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

10. OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

# **Exhibit F**



**SECRETARY OF STATE
STATE OF CALIFORNIA**

### Search Certificate

SEARCH REQUESTED ON:                                                04/22/2009
Organization Debtor: **A.F. EVANS**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

**\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 98-18861149 | Financing Statement | 07/06/1998 | 08:00 | 07/07/2008 | 1 |

**Debtor:**
**Organization:** A. F. EVANS COMPANY, INC.
2000 CROW CANYON PL STE 130, SAN RAMON CA USA, 94583
**Secured Party:**
**Organization:** REDWOOD BANK
735 MONTGOMERY ST, SAN FRANCISCO CA USA, 94111

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 02-085C0135 | Termination | 03/25/2002 | 15:43 | | 1 |
| 03-091C0290 | Continuation | 03/28/2003 | 17:00 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 98-30060942 | Financing Statement | 10/20/1998 | 08:00 | 10/20/2013 | 1 |

**Debtor:**
**Individual:** EVANS ARTHUR F
2000 CROW CANYON PL, STE 130, SAN RAMON CA USA, 94583

**Organization:** A.F. EVANS COMPANY, INC.
2000 CROW CANYON PL, STE 130, SAN RAMON CA USA, 94583
**Secured Party:**
**Organization:** CITY NATIONAL BANK
831 SO DOUGLAS STREET STE#100, EL SEGUNDO CA USA, 90245

Continue

1000 BROADWAY, SUITE 450, OAKLAND CA USA, 94607

**Organization:** APPIAN GROUP INVESTORS II, LLC
617 LOCUST STREET, SAUSALITO CA USA, 94965

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 04-70088132 | **Termination** | **12/17/2004** | **14:43** | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-17060445 | **Financing Statement** | **06/09/2004** | **17:00** | **06/09/2009** | 1 |

**Debtor:**
**Organization:** A.F. EVANS COMPANY, INC
1000 BROADWAY #450, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** DELL FINANCIAL SERVICES, L.P.
12234 N. IH-35, BLDG. B, AUSTIN TX USA, 78753

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-20862098 | **Financing Statement** | **07/21/2004** | **17:00** | **07/21/2009** | 1 |

**Debtor:**
**Organization:** A.F. EVANS COMPANY, INC.
1000 BROADWAY SUITE 450, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** KEY EQUIPMENT FINANCE, A DIVISION OF KEY CORPORATE
CAPITAL INC.
66 SOUTH PEARL STREET, ALBANY NY USA, 12207

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 06-70653172 | **Termination** | **04/06/2006** | **12:35** | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-1000359638 | **Financing Statement** | **08/09/2004** | **13:48** | **08/09/2014** | 1 |

**Debtor:**
**Organization:** A. F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94607

Continue

**Debtor:**

**Organization:** A. F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94807

A.F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 450, OAKLAND CA USA, 94607

**Secured Party:**

**Organization:** CITY NATIONAL BANK
150 CALIFORNIA STREET, 13TH FLOOR, SAN FRANCISCO CA USA,
94111

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 05-70183972 | **Amendment** | 03/07/2005 | 17:00 | 1 |
| 05-70289249 | **Amendment** | 05/31/2005 | 17:00 | 1 |
| 08-71584853 | **Amendment** | 05/16/2008 | 16:30 | 1 |
| 08-71586037 | **Amendment** | 05/19/2008 | 12:59 | 2 |
| 08-71825079 | **Amendment** | 12/23/2008 | 12:12 | 1 |
| 09-71859849 | **Termination** | 01/28/2009 | 17:00 | 1 |
| 09-71859885 | **Termination** | 01/28/2009 | 17:00 | 1 |
| 09-71869602 | **Amendment** | 02/05/2009 | 12:29 | 1 |
| 09-71869896 | **Amendment** | 02/05/2009 | 17:01 | 1 |
| 09-71869898 | **Amendment** | 02/05/2009 | 17:03 | 1 |
| 09-71893021 | **Continuation** | 03/03/2009 | 09:51 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 04-1000360044 | **Financing Statement** | 08/09/2004 | 13:48 | 08/09/2009 | 1 |

**Debtor:**

**Organization:** A. F. EVANS COMPANY, INC.
1000 BROADWAY, SUITE 300, OAKLAND CA USA, 94607

**Secured Party:**

**Organization:** CIVIC BANK OF COMMERCE
2101 WEBSTER STREET, 14TH FLOOR, OAKLAND CA USA, 94612

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 06-70653168 | **Termination** | 04/06/2006 | 12:35 | 1 |

Continue

---

**Total Pages:** **169**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **04/19/2009 at 1700 hours.**

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

# Exhibit G

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER [optional]**<br>T. Scott Bucey<br>415-738-3342 | |
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Pepler Mastromonaco LLP<br>100 FIRST STREET<br>25TH FLOOR<br>San Francisco, CA 94105<br>USA | **DOCUMENT NUMBER: 19988460002**<br>**FILING NUMBER: 09-71869896**<br>**FILING DATE: 02/05/2009 17:01**<br>**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE #**<br>04-1000359638 | **1b.☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.** |

**2.☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | | | |
|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | |

| OR | **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | |
|---|---|---|---|
| **7a. ORGANIZATION'S NAME** | | | |

| OR | **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **7d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

In respect of that UCC Amendment filed as document no. 0971859849, Secured Party authorized only the release from initial financing statement 04-1000359638 of all right, title and interest of the Debtor and the Debtor's affiliates in and to the cash flow and other distributions from the Westgate Housing, L.P., as specifically provided in Paragraph 8 of document no. 0971859849 and Secured Party did not and does not authorize the termination pursuant to Paragraph 2 of document no. 0971859849 of initial financing statement 04-1000359638 or other amendment or modification to such initial financing statement.

**9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | |
|---|---|---|---|
| **a. ORGANIZATION'S NAME**<br>city national bank | | | |

| OR | **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

**10. OPTIONAL FILER REFERENCE DATA**
1664-0009

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER [optional]**<br>T. Scott Bucey<br>415-738-3342 | |
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Pepler Mastromonaco LLP<br>100 FIRST STREET<br>25TH FLOOR<br>San Francisco, CA 94105<br>USA | **DOCUMENT NUMBER: 19988460003**<br>**FILING NUMBER: 09-71869898**<br>**FILING DATE: 02/05/2009 17:03**<br>**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE #**<br>04-1000359638 | **1b.☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.** |

**2. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. ☐ ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
|---|---|---|

**6. CURRENT RECORD INFORMATION:**

| OR | **6a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|---|
| | **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| OR | **7a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|---|
| | **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **7d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any**<br>☐NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**

Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

In respect of that UCC Amendment filed as document no. 0971859885, Secured Party authorized only the release from initial financing statement 04-1000359638 of all right, title and interest of the Debtor and the Debtor's affiliates in and to the cash flow and other distributions from the Greenery Housing Associates, L.P., as specifically provided in Paragraph 8 of document no. 0971859885 and Secured Party did not and does not authorize the termination pursuant to Paragraph 2 of document no. 0971859885 of initial financing statement 04-1000359638 or other amendment or modification to such initial financing statement.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| OR | **a. ORGANIZATION'S NAME**<br>city national bank | | | |
|---|---|---|---|---|
| | **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **10. OPTIONAL FILER REFERENCE DATA**<br>1664-0009 |
|---|

**FILING OFFICE COPY**

1   Maxim B. Litvak (CA Bar No. 215852)
    Pamela E. Singer (CA Bar No. 224758)
2   PACHULSKI STANG ZIEHL & JONES LLP
    150 California Street, 15th Floor
3   San Francisco, California 94111-4500
    Telephone: 415/263-7000
4   Facsimile: 415/263-7010
    E-mail:mlitvak@pszjlaw.com
5   psinger@pszjlaw.com

6   Attorneys for the Official Committee of Unsecured
    Creditors
7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

| 11 | In re: | Case No.: 09-41727-EDJ |
| 12 | A.F. Evans Company, Inc., | Chapter 11 |
| 13 | Debtor | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1                         **PROOF OF SERVICE**

2   STATE OF CALIFORNIA        )
                                     )

3   COUNTY OF SAN FRANCISCO   )

4

5         I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

6

7         On May 5, 2009, I caused to be served the

8         **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE PROCEEDS TO CITY NATIONAL BANK**

9         **DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISTRIBUTION OF SALE**

10   **PROCEEDS TO CITY NATIONAL BANK**

11         by email or U.S. Mail as indicated on the attached service list:

12         *Please see attached Service List*

13   ☑  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.

14         Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party

15         served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

16

17   ☑  (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

18         I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

19

20         Executed on May 5, 2009, at San Francisco, California.

21

22                        *Katherine Suk*
                             Katherine Suk

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| 1 | | **Service List** | |

**VIA US MAIL**

**Debtor**
A.F.Evans Company, Inc.
Attn: Richard A. Bell
Responsible Individual
1000 Broadway, Ste 300
Oakland, CA 94607

**VIA EMAIL**

**Counsel to the Debtor**
Chris D. Kuhner
Eric Nyberg
Kornfield, Nyberg, Bendes and
Kuhner
1999 Harrison St. #2675
Oakland, CA 94612
Email: c.kuhner@kornfieldlaw.com
e.nyberg@kornfieldlaw.com

**VIA US MAIL**

**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

**Secured Creditors**

**VIA US MAIL**

Central Valley Community Bank
Attn: Pat Carment
60 W. 10th Street
Tracy, CA 95376

**VIA US MAIL**

City National Bank
Loan Center
PO Box 60938
Los Angeles, CA 90060-0938

**VIA US MAIL**

CP III Evans LLC
1000 Sansome St. Ste 180
San Francisco, CA 94111

**VIA US MAIL**

Cushrex/Byron Park Investors LP
1801 Oakland Blvd. #200
Walnut Creek, CA 94596

**VIA US MAIL**

Heritage Bank of Commerce
150 Almaden Blvd.
San Jose, CA 95113

**Requests for Special Notice**

**VIA EMAIL**

**Attorneys for Donald Engle and
Engle Development Services, Inc.**
William E. Adams
Quin E. Marshall
David C. Lee
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
Email: wadams@fablaw.com
qmarshall@fablaw.com
dlee@fablaw.com

**VIA US MAIL**

**Attorneys for Central Valley
Community Bank**
Mark V. Isola, Esq.
Rehon & Roberts
10 Almaden Blvd., Suite 550
San Jose, CA 95113

**VIA US MAIL**

**Representative for tw telecom inc.**
Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF SERVICE

| **VIA EMAIL** | **VIA US MAIL** | **VIA EMAIL** |
|---|---|---|
| **Attorneys for Affordable Housing Eastshore Manor I, LLC; MMA Pioneer Plaza, LLC f/k/a Lend Lease Pioneer Park Plaza, LLC; Affordable Housing NORH I Housing, LLC; Affordable Housing Oak Center, LLC; and Affordable Housing Playa Del Alameda, LLC** Todd C. Toral Andrew R. Neilson Gina M. Fornario Nixon Peabody LLP One Embarcadero Center, 18th Floor San Francisco, CA 94111-3600 *Email: ttoral@nixonpeabody.com aneilson@nixonpeabody.com gfornario@nixonpeabody.com* | **State of Washington** Zachary Mosner Assistant Attorney General Bankruptcy & Collections Unit 800 Fifth Avenue, Suite 2000 Seattle, WA 98104-3188 | **Attorneys for U.S. Bank National Association** Randy Rogers Winston & Strawn LLP 101 California Street San Francisco, CA 94111-5894 *Email: rrogers@winston.com* |
| **VIA EMAIL** | **VIA EMAIL** | **VIA EMAIL** |
| **Attorneys for CP III Evans, LLC** Manatt, Phelps & Phillips, LLP Attn: Alan Feld, Esq. 11355 West Olympic Boulevard Los Angeles, CA 90064 *Email: afeld@manatt.com* | **Attorneys for CP III Evans, LLC** Manatt, Phelps & Phillips, LLP Attn: Marv Pearlstein, Esq. One Embarcadero Center, 30th Floor San Francisco, CA 94111 *Email: mpearlstein@manatt.com* | **Attorneys for MW Housing Partners III, L.P.** Steven G. Polard Perkins Coie LLP 1620 26th Street, 6th Floor Santa Monica, CA 90404 *Email: spolard@perkinscoie.com* |
| **VIA US MAIL** | **VIA US MAIL** | **VIA US MAIL** |
| **MW Housing Partners III, L.P.** Lorrie Scott Senior Vice President & General Counsel Weyerhaeuser Realty Investors 1301 5th Avenue, Suite 3100 Seattle, WA 98101 | **Attorneys for City National Bank** Frank T. Pepler Pepler Mastromonaco LLP 100 First Street, 25th Floor San Francisco, CA 94105 | **Attorneys for Union Bank, N.A.** c/o Robert B. Kaplan, Esq. Jeffer, Mangels, Butler & Marmaro LLP Two Embarcadero Center, 5th Floor San Francisco, CA 94111 |
| **VIA US MAIL** | **VIA EMAIL** | **VIA EMAIL** |
| **Attorneys for Alliant Tax Credit Fund XVI, Ltd., Alliant Tax Credit XVI, Inc., Alliant Tax Credit Fund XVII, Ltd., and Alliant Tax Credit XVII, Inc.** Margaret M. Mann, Esq. Sheppard Mullin Richter & Hampton LLP 501 West Broadway, 19th Floor San Diego, CA 92101-3596 | **Attorneys for Heritage Bank of Commerce** Lillian Stenfeldt, Esq, Sedgwick, Detert, Moran & Arnold LLP One Market Plaza, Steuart Tower, 8th Floor San Francisco, CA 94105 *Fax: 415-781-2635 Email: Lillian.stenfeldt@sdma.com Robert.gebhard@sdma.com* | **Attorneys for Apex Real Estate Advisors, LLC** Jeffrey A. Krieger Greenberg Glusker Fields Claman & Machtinger LLP 1900 Avenue of the Stars, 21st Floor Los Angeles, CA 90067-4590 *Fax: 310-553-0687 Email: jkrieger@greenbergglusker.com* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF SERVICE

1

**VIA EMAIL** | **VIA EMAIL** | **VIA EMAIL**

2

**Attorneys for Apex Real Estate Advisors, LLC**
Arnold E. Brown
Apex Real Estate
32 Washington Avenue, Suite B
Point Richmond, CA 94801
*Fax: 510-253-3053*
*Email: abrown@apexreadvisors.com*

**Attorneys for Citizens Housing Corporation, Case Avenue Housing corporation, and Promenade Housing Corporation**
Citizens Housing Corporation
c/o Gregg M. Ficks, Esw.
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
*Fax: 415-989-1663*
*Email: gficks@coblentzlaw.com*

**Attorneys for California Mortgage and Realty, Inc.**
Jeffery D. Trowbridge
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94612
*Fax: 510-832-7228*
*Email: jdt3656@sbcglobal.net*

7

**VIA US MAIL** | **VIA US MAIL** | **VIA EMAIL**

8

**Attorneys for Segue Construction, Inc.**
Diemer, Whitman & Cardosi
Kathryn S. Diemer
75 E. Santa Clara Street
San Jose, CA 95113

**Segue Construction, Inc.**
Steve Grider, President
7139 Koll Center Parkway, Suite 200
Pleasanton, CA 94516

**Counsel to Regents of the University of California**
Randy Michelson
Michelson Law Group
150 Spear Street, Suite 1600
San Francisco, CA 94105
email:
randy.michelson@michelsonlawgroup.com

13

**VIA EMAIL** | **VIA US MAIL**

14

**Attorneys for Hudson Housing Capital LLC**
Hudson Housing Capital LLC
c/o Howard J. Weg
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Email: hweg@pwkllp.com

**Attorneys for CharterMac Corporate Partners XXXIII, L.P., CharterMac Corporate XXXIII SLP LLC, Centerline Corporate Partners XXXII LP, and ChaterMac Corporate XXXII SLP LLC**
Robert A. Abrams, Esq.
Katsky Korins LLP
605 Third Avenue
New York, NY 10158-0038

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA