Entered on Docket
July 09, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 09, 2009

EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                No. 09-41727 EDJ
                                     Chapter 11
A.F. EVANS COMPANY, INC.,

_____Debtor./

ORDER - MOTION REQUIRING
DEBTOR TO REMIT SALES PROCEEDS

City National Bank ("CNB") has moved for an order requiring A.F. Evans Company, Inc., the above debtor (the "debtor"), to remit to it 87.5% of the proceeds the debtor realized from the court approved sale of its partnership interest in AFE-Pioneer Associates, LP ("AFE-Pioneer"). For the reasons stated in a Memorandum to be issued hereafter; it is

ORDERED, that CNB's motion is granted, and that the debtor shall remit the proceeds at issue to CNB.[1]

**END OF ORDER**

---

[1] This motion is related to a cash collateral stipulation, approval of which is pending and dependent on the outcome of the present motion. Debtor is requested to submit an appropriate order approving such cash collateral stipulation.

Order

```
 1                          COURT SERVICE LIST

 2  Chris D. Kuhner, Esq.
    Kornfield, Nyberg, Bendes & Kuhner, P.C.
 3  1999 Harrison Street, Suite 2675
    Oakland, CA 94612
 4
    Maxim B. Litvak, Esq.
 5  Pachulski, Stang, Ziehl & Jones
    150 California Street, 15th Floor
 6  San Francisco, CA 94111-4500

 7  Frank T. Pepler, Esq.
    Pepler Mastromonaco LLP
 8  100 First Street, 25th Floor
    San Francisco, CA 94105
 9
    Office of the U.S. Trustee
10  1301 Clay Street, Suite 690-N
    Oakland, CA 94612
11
12
...
26
    Order                              2
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971-4 | User: lblue | Date Created: 7/9/2009 |
| Case: 09-41727 | Form ID: pdfeoc | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
aty      Chris D. Kuhner      c.kuhner@kornfieldlaw.com
aty      Frank T. Pepler      fpepler@peplermastromonaco.com
aty      Maxim B. Litvak      mlitvak@pszjlaw.com

TOTAL: 4