1  FRANK T. PEPLER (SBN 100070)
   ERIN J. ILLMAN (SBN 238262)
2  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
3  San Francisco, CA  94105-2933
   Tel:  415.836.2500
4  Fax:  415.836.2501

5  Attorneys for Appellee
   City National Bank, a national banking association
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  A.F. Evans Company, Inc.,              CASE NO.  09-03817-MMC

12           Debtor,                       (Appeal from the United States Bankruptcy
                                           Court, Northern District of California)
    OFFICIAL COMMITTEE OF
13  UNSECURED CREDITORS,                   Bankruptcy Case No.: 09-41727-EDJ

14           Appellant.                    Chapter 11
                                           ORDER APPROVING
15       v.
                                           **SUBSTITUTION OF ATTORNEY**
16  CITY NATIONAL BANK,

17           Appellee

18

19  1.    The name of the party making this Substitution of Attorney is:

20              City National Bank, a national banking association

21  2.    The name, address and telephone number of the new attorneys are:

22                    Frank T. Pepler (SBN 100070)
                        Erin J. Illman (SBN 238262)
23                        DLA PIPER LLP (US)
                       555 Mission Street, Suite 2400
24                    San Francisco, California 94105
                        Telephone: (415) 836-2500
25                      Facsimile: (415) 836-2501
26
    3.    New attorney hereby appears in the following matters:
27
                       The above-captioned appeal.
28

DLA PIPER LLP (US)
SAN FRANCISCO    WEST\21934157.1              -1-
                              SUBSTITUTION OF ATTORNEY    09-03817-MMC

4.      The new attorney is substituted as attorney of record in place and stead of the present

attorney:

Frank T. Pepler (SBN 100070)
T. Scott Bucey (SBN 202657)
PEPLER MASTROMONACO LLP
100 First Street, 25th Floor
San Francisco, CA 94105

Dated: April __, 2010                    CITY NATIONAL BANK, a national banking
                                         association

                                         By _____
                                            PETER HEBERT

I consent to the above substitution

Dated: April _13_ 2010                   PEPLER MASTROMONACO LLP

                                         By _____
                                            PETER A. MASTROMONACO

I am duly admitted to practice in this District. The above substitution is accepted.

Dated: April __, 2010                    DLA PIPER LLP (US)

                                         By _____
                                            FRANK T. PEPLER
                                            Attorneys for
                                            City National Bank, a national banking
                                            association

1    4.    The new attorney is substituted as attorney of record in place and stead of the present

2    attorney:

3              Frank T. Pepler (SBN 100070)

               T. Scott Bucey (SBN 202657)

4         PEPLER MASTROMONACO LLP

          100 First Street, 25th Floor

5           San Francisco, CA 94105

6    Dated: April __, 2010         CITY NATIONAL BANK, a national banking

7                              association

8                         By _____

9                            PETER HEBERT

10

11    I consent to the above substitution

12    Dated: April 13 2010

13                        PEPLER MASTROMONACO LLP

14                         By _____

15                           PETER A. MASTROMONACO

16

17    I am duly admitted to practice in this District. The above substitution is accepted.

18

19    Dated: April __, 2010         DLA PIPER LLP (US)

20                         By _____

21                           FRANK T. PEPLER

22                           Attorneys for City National Bank, a national banking association

23

24    IT IS SO ORDERED

25    Judge Maxine M. Chesney

26

27

28                             Dated: May 13, 2010

DLA PIPER LLP (US)    WEST\21934157.1          -2-

SUBSTITUTION OF ATTORNEY    09-03817-MMC